JUDGE EWING WERLEIN, JR.

Case Manager   Marilyn Flores          Court Reporter  Gayle Dye
Interpreter  No

Time:  3:40 p.m.  to  4:15 p.m.          **DATE October 30, 2015**

---

## CR. No. H-13-548-4

| UNITED STATES OF AMERICA | § | Bertram Isaacs, AUSA |
|---|---|---|
| vs. | § § § | |
| Severiano Garza | § § | Juan Luis Guerra, Retained |

---

## REARRAIGNMENT

  X    Rearraignment held on Ct(s) **5 of the superseding indictment.**

  X    Dft enters a plea of GUILTY.

  X    PLEA AGREEMENT.  A formal plea agreement entered into and executed.
         X    Plea agreement contains a waiver of appeal rights

  X    Order for PSI setting Disclosure and Sentencing dates signed.

  X    Sentencing set February 12, 2016   at 10:00 a.m.

  X    Dft REMANDED to custody.

  X    Other:  Forfeiture matter pending, to be heard on November 30, 2015 at 9:00 a.m. unless
         parties can reach a resolution. If the parties cannot resolve this matter, a submission to
  the    Court shall be provided one week prior to the hearing regarding the forfeiture.